UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20235-CIV-MORENO

KENT OLMANSON,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., A BERMUDA COMPANY d/b/a NCL and/or NCL AMERICA a/k/a NCL CORP. LTD.,,

    Defendant.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss **(D.E. No. 8 )**, filed on **June 4, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT with leave to re-file, as Plaintiff has filed an Amended Complaint **(D.E. No. 11)**, filed on **June 15, 2010**. Further, it is

**ORDERED** that Defendant has until **July 6, 2010** to file a response towards the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record